## Medical Center Commission, Petitioner, v. Margaret Banks et al., Defendants.
## In re Petition of Pàtsy La Magna, Petitioner-Appellee, v. Ethel Redlich, Respondent-Appellant.

**Gen. No. 46,025.**

Adolph L. Haas, for respondent-appellant; Earl Freeman, of counsel; Eckhart, Klein, McSwain & Campbell, for appellee; M. A. Palumbo, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed October 28, 1953; rehearing denied November 18, 1953; released for publication November 18, 1953.